IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TRAVIS S PIERCE,                                    *

        Petitioner,                               *

v.                                                     Case No.  5:26-cv-00003-TES-CHW

                                                            *

BILLY HOWELL,

                                                            *

        Respondent.

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated 4/13/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of April, 2026.

                David W. Bunt, Clerk


                s/ Raven K. Alston, Deputy Clerk